# U.S. District Court
## District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:04-cv-02935-JAP-MCA

04 cv 12286
PBS

BAKLE v. PFIZER INC et al
Assigned to: Judge Joel A. Pisano
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 28:1441 Petition for Removal- Property Damage

Date Filed: 06/16/2004
Jury Demand: Plaintiff
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

-----------------------

**JULIE K BAKLE,** *on behalf of herself, and all others similarly situated*

represented by **HARRIS L. POGUST**
SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY
FAIRWAY CORPORATE CENTER
4300 HADDONFIELD ROAD
SUITE 311
PENNSAUKEN, NJ 08109
(856) 662-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

-----------------------

**PFIZER INC**

represented by **RICHARD G. PLACEY**
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(856) 488-7700
Email: rplacey@mmwr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PARKE-DAVIS,** *a division of Warner-Lambert Co.*

represented by **RICHARD G. PLACEY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

CM/ECF LIVE - U.S. District Court for the District of New Jersey - Docket Report
Case 1:04-cv-12286-PBS Document 5-2 Filed 10/28/2004 Page 2 of 2
Page 2 of 2

| 06/16/2004 | 1 | NOTICE OF REMOVAL by PARKE-DAVIS, PFIZER INC from SUPERIOR COURT OF NEW JERSEY BURLILNGTON COUNTY, case number BUR-L-01328-04. (Filing fee $ 150 receipt number 301103) (Attachments: # 1 NOTICE OF FILING OF NOTICE OF REMOVAL W/ CERT OF SERVICE# 2 COPIES OF SUMMONS AND COMPLAINT W/ JURY DEMAND AND R.4:5-1 CERT)(ji, ) (Entered: 06/28/2004) |
| --- | --- | --- |
| 07/02/2004 | 2 | CONSENT ORDER extending time for defendant to respond to complaint until 7/31/04. Signed by Judge Madeline C. Arleo on 7/2/04. (dc, ) (Entered: 07/09/2004) |
| 08/06/2004 | 3 | LETTER ORDER scheduling Initial Conference for 9/2/2004 03:30 PM in Newark - Courtroom 2A before Magistrate Judge Madeline C. Arleo. Signed by Judge Madeline C. Arleo on 8/6/04. (jl, ) (Entered: 08/06/2004) |
| 08/25/2004 | 4 | Consent ORDER staying proceedings pending transfer to MDL. Signed by Judge Madeline C. Arleo on 8/18/04. (jd, ) (Entered: 08/26/2004) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 10/27/2004 13:34:36 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:04-cv-02935-JAP-MCA Start date: 1/1/1970 End date: 10/27/2004 |
| Billable Pages: | 1 | Cost: | 0.07 |