04CV12286 PBS

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK

**WILLIAM T. WALSH**
Clerk

50 Walnut St.
Newark, NJ 07102

2004 NOV 15 P 2:08

U.S. DISTRICT
DISTRICT OF MASS.

United States District Court
 for the District of Massachusetts
USDC 1 Courthouse Way
Boston, MA 02210

    Re: BAKLE VS. PFIZER, INC.
        Civil Docket No. CV-04-2935(JAP)

Dear Clerk:

    The above-captioned case has been transferred to your court pursuant to the enclosed Certified copy of the Order dated 11-9-04. You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By: *Sheree Raimo*
    Sheree Raimo,
    Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _____  **DATE:** _____ .

**YOUR CIVIL DOCKET NUMBER:** _____ .

### Instructions for Retrieving Electronic Case Files

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov