CM/ECF LIVE - U.S. District Court for the District of New ... https://ecf.njd.uscourts.gov/cgi-bin/DktRpt.pl?9091229929...
Case 1:04-cv-12286-PBS   Document 6-2   Filed 11/15/2004   Page 1 of 3

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:04-cv-02935-JAP-MCA

BAKLE v. PFIZER INC et al
Assigned to: Judge Joel A. Pisano
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 28:1441 Petition for Removal- Property Damage

Date Filed: 06/16/2004
Jury Demand: Plaintiff
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**JULIE K BAKLE,** *on behalf of herself, and all others similarly situated*

represented by **HARRIS L. POGUST**
SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY
FAIRWAY CORPORATE CENTER
4300 HADDONFIELD ROAD
SUITE 311
PENNSAUKEN, NJ 08109
(856) 662-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**PFIZER INC**

represented by **RICHARD G. PLACEY**
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(856) 488-7700

Email: rplacey@mmwr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PARKE-DAVIS,** *a division of Warner-Lambert Co.*     represented by    **RICHARD G. PLACEY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2004 | 1 | NOTICE OF REMOVAL by PARKE-DAVIS, PFIZER INC from SUPERIOR COURT OF NEW JERSEY BURLILNGTON COUNTY, case number BUR-L-01328-04. (Filing fee $ 150 receipt number 301103) (Attachments: # 1 NOTICE OF FILING OF NOTICE OF REMOVAL W/ CERT OF SERVICE# 2 COPIES OF SUMMONS AND COMPLAINT W/ JURY DEMAND AND R.4:5-1 CERT)(ji, ) (Entered: 06/28/2004) |
| 07/02/2004 | 2 | CONSENT ORDER extending time for defendant to respond to complaint until 7/31/04. Signed by Judge Madeline C. Arleo on 7/2/04. (dc, ) (Entered: 07/09/2004) |
| 08/06/2004 | 3 | LETTER ORDER scheduling Initial Conference for 9/2/2004 03:30 PM in Newark - Courtroom 2A before Magistrate Judge Madeline C. Arleo. Signed by Judge Madeline C. Arleo on 8/6/04. (jl, ) (Entered: 08/06/2004) |
| 08/25/2004 | 4 | Consent ORDER staying proceedings pending transfer to MDL. Signed by Judge Madeline C. Arleo on 8/18/04. (jd, ) (Entered: 08/26/2004) |
| 11/09/2004 | 5 | Certified copy of MDL Order transferring case to District of MASSACHUSETTS. (DD, ) Modified on |

|  |  |  |
|---|---|---|
|  |  | 11/9/2004 (DD, ). (Entered: 11/09/2004) |
| 11/09/2004 |  | ***Civil Case Terminated. (DD, ) (Entered: 11/09/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/22/2004 13:16:33 | | | |
| **PACER Login:** | us2510 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-02935-JAP-MCA Start date: 1/1/1970 End date: 11/22/2004 |
| **Billable Pages:** | 1 | **Cost:** | 0.07 |